UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Paul Blackmer

        v.        Case No. 10-cv-133-SM

U.S. Social Security Administration

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 30, 2010, for the reasons set forth therein.   The Petition for Writ of Mandamus (document no. 1) is hereby dismissed.

SO ORDERED.

May  17,  2010

_____
Steven J. McAuliffe
Chief Judge

cc:   Paul Blackmer, pro se