UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Paul Blackmer</u>

    v.                        Case No. 10-cv-133-SM

<u>U.S. Social Security
Administration</u>


<u>ORDER</u>

    Re: Document No. 14, Motion to Proceed In Forma Pauperis on Appeal

    Ruling: Appellant's request to proceed in forma pauperis is granted, but pursuant to 28 USC § 1915, the filing fee must be paid as follows:

        The sum of <u>$ 10.00</u> is due no later <u>than August 13, 2010</u>. In addition, 20% of each proceeding month's income credited to the appellant's account to be remitted by the appellant's correctional facility when the amount exceed $10.00 until the sum of $455.00 has been paid.

                                                Steven J. McAuliffe
                                                Chief Judge

Date: July 16, 2010

cc: Paul Blackmer, pro se